IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                Petitioner,

   v.

DEBRA BARTH of Columbus, WI,

                Respondent.

MEMORANDUM

08-cv-669-slc

---

JAMES EDWARD GRANT,

                Petitioner,

   v.

DANE COUNTY JAIL STAFF,
DANE COUNTY ADMINISTRATOR,
DEPUTY ZEIGLER, DEPUTY MAICKE,
DEPUTY JOEL, DEPUTY WILSON and
ALL DEPUTY SHERIFFS OF THE DANE
COUNTY ADMINISTRATION/JAIL STAFF,

                Respondents.

MEMORANDUM

08-cv-685-slc

---

JAMES EDWARD GRANT,

                Petitioner,

   v.

AGENT DANIEL ROBINSON,
MPD BENISH, TIM HAMMOND,
DCTF JOHN DOE and MPD JOHN DOE,

                Respondents.

MEMORANDUM

08-cv-689-slc

---

JAMES EDWARD GRANT,

        Petitioner,

     v.

FITCHBURG POLICE DEPARTMENT;
DISTRICT ATTORNEY DOMESTIC DIVISION;
DENISE MILLER; Unit Supervisor RAISBECK;
and MARLYS HOWE,

        Respondents.

MEMORANDUM

08-cv-698-slc

---

JAMES EDWARD GRANT,

        Petitioner,

     v.

ERIC, Manager of Anchor Bank;
ANCHOR BANK OF WEST-TOWNE CORPORATE;
ANCHOR BANK WEST-TOWNE, OWNER; and
ANCHOR BANK CORPORATE,

        Respondents.

MEMORANDUM

08-cv-699-slc

---

JAMES EDWARD GRANT,

        Petitioner,

     v.

WAUNAKEE POLICE,
See Case No. 2007CM003101,

        Respondent.

MEMORANDUM

08-cv-703-slc

---

JAMES EDWARD GRANT,

        Petitioner,

MEMORANDUM

2

|  | 08-cv-727-slc |
|---|---|

v.

MADISON POLICE DEPARTMENT,
STATE OF WISCONSIN,
MPO KATHYRN PETERSON,
MPO CINDY THEINBUSEN,
MPOD JEFF TWING,
ADA JOSEPH E. MIMIER and
MARYL HAVE,

                Respondents.

---

JAMES EDWARD GRANT,

                Petitioner,

     v.

DAVID J. MAHONEY, KENNETH MCNEAL,
S. KOWALSI and DOCTOR ALI,

                Respondents.

MEMORANDUM

08-cv-746-slc

---

JAMES EDWARD GRANT,

                Petitioner,

     v.

JOSEPH E. MIMIER, MARLYS HOWE
and KENNETH MCNEIL,

                Respondents.

MEMORANDUM

08-cv-749-slc

---

      Petitioner James Edward Grant, a prisoner at the Dodge Correctional Institution in Waupun, Wisconsin, filed a notice of appeal in each of the above-captioned cases. On February 10, 2009, this court denied his request for leave to proceed *in forma pauperis* on appeal in each case

because three strikes have been recorded against him under 28 U.S.C. § 1915(g). Now petitioner has filed a letter in which he asks "for an extension for appeal notice 1 document(s) sent to me recently." It is difficult to understand what petitioner requests, but I understand him to be asking for an extension of the time the Court of Appeals for the Seventh Circuit gave him in its February 6, 2009 order to file a motion for leave to proceed *in forma pauperis* pursuant to Fed. R. App. P. 24. However, such a motion must be filed with the court of appeals, which has jurisdiction over his case. Therefore, I have not given any consideration to the motion.

Entered this 3rd day of March, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge